# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-0415

———————————————

COLBY A. SMITH,

Appellant,

v.

RICKY D. DIXON as Secretary of
the Florida Department of
Corrections,

Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

April 17, 2024

PER CURIAM.

AFFIRMED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

John D. Middleton and Kyle D. Macomber of Middleton & Middleton, P.A., Melrose, for Appellant.

Ashley Moody, Attorney General, and Damaris E. Reynolds, Assistant Attorney General, Tallahassee; Dan Johnson, General Counsel, Department of Corrections, Tallahassee, for Appellee.